JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERLYN L. DAVIS, AKA ROBERLYN L. BURKE,<br><br>　　　　　Defendant | No. 2:16-cv-0021<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Roberlyn L. Davis, aka Roberlyn L. Burke, in the principal amount of $800.00 plus interest accrued to January 4, 2016, in the sum of $797.48; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $87.00; late fees of $36.00, for a total amount of  $**1,721.47**.

DATED: 3/21/16　　　　　　　　By: KIRY GRAY, Clerk of Court
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　_/s/ Yvette Lewis_
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　United States District Court

Page 1